IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FRONTIER VAN LINES MOVING
AND STORAGE, INC. and SHARON
BITON, a/k/a Mike Bitton

        Plaintiffs,

    v.

VALLEY SOLUTIONS, INC., t/d/b/a
MoverReviews.com, and MATT
SCHMIDT

        Defendants.

11cv0526
**ELECTRONICALLY FILED**

## Order of Court

And now, this 24th day of May, 2011, for the reasons set forth in the foregoing Memorandum Opinion, it is HEREBY ORDERED that Defendant Valley Solutions' Motion to Dismiss (doc. no. 4) is DENIED without prejudice.

                                        s/Arthur J. Schwab
                                        Arthur J. Schwab
                                        United States District Judge

cc:        All Registered ECF Counsel and Parties